UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JENICA B. DREHMER,

                Plaintiff,

v.

CORNING COMMUNITY COLLEGE,

                Defendant.

**STIPULATION OF
DISMISSAL**

Civil Action No.
6:20-cv-06143

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that this action is hereby dismissed in its entirety as follows:

    1.    Plaintiff's claims are dismissed with prejudice and without fees or costs to any party.

Dated: May 4 , 2021


WELCH DONLON & CZARPLES PLLC


Michael Donlon, Esq.
8 Denison Parkway East, Suite 203
Corning, New York 14830
Telephone: (607) 936-8057
*Attorneys for Plaintiff*

BOND, SCHOENECK & KING, PLLC


Katherine McClung, Esq.
350 Linden Oaks, Third Floor
Rochester, New York 14625
Telephone: (585) 362-4700
*Attorneys for Defendant*


SO ORDERED.

DATE:   May 11, 2021
          Rochester, New York


Hon. Charles J. Siragusa
UNITED STATES DISTRICT JUDGE

12186281.5